Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

Civil Division

Case No. 24-cv-61013-DSL
*(to be filled in by the Clerk's Office)*

**Plaintiff(s):** Nation of YAH'SHA'RAH'LAH

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

**Defendant(s):**
The United States of America
The State of Florida
The Crown
The United Nations
The Roman Catholic Church
The New Kingdom of Egypt

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Jury Trial: (check one) ☑ Yes ☐ No

FILED BY __NA__ D.C.
JUN 11 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Nation of YAH'SHA'RAH'LAH
Street Address: 10870 Shore Street
City and County: Parkland, FL 33076
State and Zip Code: FL [33076]
Telephone Number: 954-300-7787
E-mail Address: Shopsorrai@icloud.com

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Defendant No. 1
  Name: The United States of America
  Job or Title (if known):
  Street Address:
  City and County: United States Capitol
  State and Zip Code: Washington, DC 20004
  Telephone Number: D.C. 20004
  E-mail Address (if known):

Defendant No. 2
  Name: The State of Florida
  Job or Title (if known):
  Street Address: 400 S. Monroe Street, Room 701
  City and County: Tallahassee
  State and Zip Code: Florida
  Telephone Number:
  E-mail Address (if known):

Defendant No. 3
  Name: The Crown
  Job or Title (if known): The King
  Street Address: Buckingham Palace
  City and County: London SW1A 7AA
  State and Zip Code: United Kingdom
  Telephone Number:
  E-mail Address (if known):

Defendant No. 4
  Name: The Roman Catholic Church
  Job or Title (if known): Holy See
  Street Address: Casa Santa Marta
  City and County: Vatican City
  State and Zip Code: 00120
  Telephone Number:
  E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question     [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Treaty of Limits, Adams-Onis Treaty, British North American Act, Treaty of Paris, Amendment 14, Northwest Territory, Union of Crown Act, Treaty of Edinburgh-Northampton, Treaty of Greenville, Treaty of Wabash, INA 349 (5), Treaty of Utrecht, Treaty of Piccatta, Treaty of York, Treaty of Nantan, Ottawa Interband Treaty

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

       The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

       *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

       The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    **The Amount in Controversy**

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Full stock power of all gold and silver / Treasury

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I am the heir of all Lands of Egypt by right of Succession through The Thutmoside Dynasty/Eighteenth Dynasty of the New Kingdom of Egypt. We are claiming Right of Life, Liberty and Property of said Lands. We request that our Right is declared and recognition as a Nation, holding Aboriginal title.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

We seek full stock power, ownership and title of Land of Egypt including all silver and gold treasure, declatory relief and recognition of Independent Nation. I am the beneficial owner of said Lands and request summary judgment.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**V. Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A. For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 06/11/2024

Signature of Plaintiff: tx

Printed Name of Plaintiff: Nation of YAH'SHA'RAH'LAH

**B. For Attorneys**

Date of signing: 

Signature of Attorney  
Printed Name of Attorney  
Bar Number  
Name of Law Firm  
Street Address  
State and Zip Code  
Telephone Number  
E-mail Address