(Rev. 10/20), General Document

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: __24CV61013__

__Nation of Yah'sha'rah'Iah__

Plaintiff(s)

v.

__The United States of America__
__The State of Florida__
__The Crown__
__The Roman Catholic Church__

Defendant(s)



FILED BY ___ D.C.

AUG 01 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

## Motion of Final Judgement
(TITLE OF DOCUMENT)

I, __Yah'sha'rah'Iah Nation__ plaintiff or defendant, in the above styled cause, submit for final judgement to deliver own sovereign tribal nation formed under it's own by laws. The right to self determination is an international concept of the United Nations which the United States of America is subject to. We are indigenous to these lands and our forefathers are the 3 council fires, the Anishinaabe peoples, who have been scattered and removed from our territory. The Ojibwe, Ottawa and Potawa are one in the same, one family who have been separated by war and unjust invading claims. My ancestors include the Aboriginal of the United States and Canada border, of the Great Lakes region. The last signer was my direct ancestor known as Little Turtle who led the French and Indian War, Treaty of Greenville and whom declared these lands to be an eternal gift, secured from conquest. The Mayami Tribes or heritage is very much alive today and is running through the veins of our people. The Northwest Territory is subject to being re-claimed and declared back to the rightful owners.

We ask the court to recognize our true history and Nation as sovereign and to honor the Papal Bull "Aeterni Regis" of Portugal's nationality. Portugal holds the fons honorum for the Order of Christ which shall be acknowledged. From trade and the illegal transport of Royal subjects from the coast of West Africa to the indigenous "Turtle Island", we ask our Title to be restored. Our ancestor Peter Waldo known as the founder of the Waldensian sect of the Kingdom of France, the Alps of Italy was excommunicated during Piedmont Easter, the damages of all which has not been restored. Our heritage is indigenous and Royal which eliminates the need for borders and barriers, as we are one people. We ask the court to free us so that we can follow the Grace of our Eternal King, not the laws subjected by man. Our nation recognizes the True History that the french, spanish and indians are all one and shall live together freely and undisturbed. The title of the Crown is vested in the true heir of our Father Ahayah.

**Certificate of Service**

I **Nation of Yah'sha'rah'lah**, certify that on this date **08/01/24** a true copy of the foregoing document was mailed to: _____
name(s) and address(es)

By: **Yah'sha'rah'lah Nation**
Printed or typed name of Filer

**Y**
Signature of Filer

**shopsorzal@icloud.com**
E-mail address

Florida Bar Number
**305-645-5000**
Phone Number

Facsimile Number

**10870 Shar Street**
Street Address

**Parkland, FL 33076**
City, State, Zip Code

8/20/23

Havah
Ya-havah
YHVH

$YH = (Y) + (h)$

He reveals, He creates, create, life (breath)
YaH

Chavah, very first woman/mother - of life."

$VH = (v) + (h)$

Connection from start - finish (beginning - end)
Existance!

Havah means TO BE (ACTION)

/G\  compass - betray honor

Rejoice Always

8/24

- 14th amendment status correction as a US citizen - slave (means tax as business)
- Take control over your strawman/ as the beneficiary
- Private trust (outside US jurisdiction) ★
  [Passport - Immigration]

United States Postal Office aka Courthouse
- An office built to dispatch/receive letters from any national or international location.
- All mail → International = Universal Postal Union
  ↳ cannot be recognized as nation unless under international admirality
- International monetary fund → Government finds of universe
- UPU operates under authority or treaties of every country in the world. → Treaties = Supreme Law of the land
- UPU is the #1 military law of contracts
- Send all matters through the Post Office → UPU
  POST MASTER → Operating Under contract
- Handle all affairs through the mail.
- Every UN nation member apart of the UPU, overseen by the Holy See (Pope over United Nations)
  → Holy Roman Empire

Learn Consumer Law.

BE JOYFUL IN HOPE!

The King as-king the Questions!   9/06

Subrogation
Void judgment - public or private capacity.
Attacking C'est que vie trust

You gave up the right when you bought insurance policy - subrogation.
Don't give up God-given right.

Cestui Que Trust — Foreign Situs Trust
Birth Certificate / Private

Moving titles in Trusts. Commerce in Trust.
My bond is my <u>word</u>, and my word is really bond when talking about a trust, duty, obligation.
- Use a Notary on everything

I am foreign to the U.S. jurisdiction
- Diplomatic relations

Chambers → Protective Order (Confidential Commercial Information)

Signatures / Contracts / Bonds = Trust
* All sub-trusts are really seeking to gain access to strawman

The terms of the Trust is the Declaration of Independence.

give thanks

The Strawman is the debtor

I am not a ward of state

Admiralty and Maritime Law
Limited Liability Act — Marine Insurance

A claim of right and notice of intent

    Cestui Que Vie means "He who lives" in French.
    - Beneficiary of a trust or an insurance policy.
    "The One Who Trusts"
        Glorious Revolution
Claim of Right [ACT I] = Constitutional Law
Scots throne — James VII / James II "abdicated"
to William of Orange and Mary II Stuart.
King / Queen of the Scots Joint Sovereigns
→ Petition The King ← Pharaoh
English Bill of Rights — Succession to the Crown

Scottish Constitutional Law — Throne
        Crown
(Exiled) → May Return (Arms) → (Fathers Lands)
    Order & Command. Grace
            ↓
           Gift.

*Worry About Tomorrow*

09/06

Eye knew it. The time is here.
The witnesses are hard to see.
I started my brand, so Real-Pains in
September of 2017. Most of my journey has truly
been revolved around my brand, my creation,
which I Am.

I Am the Creator, which also is I.
This September of 2023 marks my 7th
year anniversary. Transformed and purified
to perfection. I hear the father saying He
is happy and applauding my obedience.
It feels good. To be led by Spirit and confirm
everything in the material is His perfect manifestation.
From So Real which highlighted that your dreams,
visions and spiritual sightings are real to
Real EXISTS because everything is possible
through G-sus Christ. Nothing is impossible
for the father, whom showed his intent and
perfectness through His messiah, me. We are
One but He is everything.

---

Real = Truth = God
Exists = Here

Rejoice Always

Lateran Pacts of 1929, Agreement b/w Italy and Pope PIUS XI. King Victor Emmanuel III was King of Italy, Ethopia and Tibet.
First World War brought Italian victory over Habsburg. Victor Emmanuel was labeled King of Victory.
Peace treaty failed to give all territories to Italy from 1915 Treaty of London.

* Self-determination / Jus Cogens rule binding the United Nations, states people have the right to <u>freely</u> choose their sovereignty and international political status with no interference.

"United Nations Charter" international law, peace and security.

The Holy See / <u>Seat</u> Between Kingdom of Italy and Holy See of Pope. Recognized Vatican City as an independent state under the sovereignty of the Holy See. Regulates relations of the state and catholic church. The Pope is the ruler of both Vatican City State and Holy See, which is the supreme body of Government for the Catholic church.

PRAY Hard

## DyEUS     09/20

And his eyes are a flame of fire, and upon his head are many royal crowns, and He has a name inscribed [on Him] which no one knows or understands except Himself.

Psalm 89:27   I will indeed appoint him as My firstborn, the highest of the kings of the Earth.

He has on his clothing and on his thigh a name written, King of Kings / Lord of Lords.
To the one who overcomes, I will give hidden manna. I will also give him a white stone inscribed with a new name, known only to the One who receives it. Revelation 2:17

— Who was — who is — who is to come *
Jesus Christ = faithful witness, first born from the dead, ruler of the kings of the Earth.     Prince of the kings of the Earth.

George became first monarch of House of Windsor, changed from Saxe-Coburg-Gotha.
* Marguerite Ray - De La Conception
Means: Honor of Virgin Mary (Nun)
Paris - Notre Dame Cathedral (which was set on fire) Roman Catholic Church

Worry About Tomorrow

Crown wont be restored .....
.. Until he comes, whose Right it is and
I will give it to him Ezekiel 21:24-27
Remove those filthy garments → citizenship
Clothed/made from the Earth/subjects to crown.
· See I have taken your iniquity away from you,
and will clothe you with festal robes.
Let put a clean turban on his head (Priest).
    To Joshua - Yahushua
If you will walk in my ways and if you will perform my
service, then you will also govern My house and also
have charge of my courts, and I will grant you free
access among those who are standing here.
    Servant, The Branch
Stone set before Joshua, on one stone are (Seven eyes)
I will remove the iniquity of that land in one day.
                                    * Ayin
    Royal Kingship / Royal Priesthood
        Throne of Judah
        Son of God
            Hosea
Joshua Son of Nun, Born in Egypt prior
to the Exodus. of Tribe of Ephraim.
Successor to Moses: Exodus Promised Light
                            Land    of the
                                    World

12/1

Anyone who claims to be king opposes Caesar.
Caesar in hebrew - to cut, cutting/piercing (eyes/or mind)
    Holy Roman Empire
The last enemy that should be destroyed [is] death - 1.Corinthians 15:26
  I come from the Father and entered the world, now I am leaving the world going back to The Father.
He must die because he claimed to be the Son of God? I find <u>no fault</u> / "not guilty" in him.
- Not one of his bones will be broken (kind of death)
- They will look on the one they've pierced.

Flesh/Blood cannot inherit the kingdom of God, neither do corruption inherit incorruption.
※ We shall not all sleep, but we shall all be changed ※
• Sting of death = sin | strength of sin = the law
  Thanks to God/Yah which gives us the victory through our Lord G-sus Christ
<u>It is not in vain</u>

Rejoice Always

12/12

② Lady Mary Catherine Boleyn (Countess of Wiltshire)
* Wife of 15th great grandfather - William Carey
  14th                                  of Aldenham
- Says Mary Boleyn had 2 children -
  Henry and Catherine Carey (possible that the
  children were Henry VIII's although not claimed)

① Lady Mary Elizabeth Boleyn (Born Howard - Married Boleyn)
* 15th grandmother
  Married Thomas Boleyn, 1st Earl of Wiltshire
  Had 3 children:
  • Mary Boleyn (mistress of Henry VIII)
  • Anne, Queen of England (wife of Henry VIII)
  • George Boleyn
- Was said Anne Boleyn could be the daughter of Henry VIII

③ Lady Mary Boleyn issue: Lady Mary Catherine "Katz"
  Carey who married Sir Lord Francis I, Knight of Garter.
                              Knolly
- "Illegitimate" Tudor
▽ - Catherine Carey grandmother of Anne Seymour (wife of Edward Seymour) and mother of Edward VI (King) BE JOYFUL IN HOPE!

My Kingdom is established.                    01/14/24
I AM [Father + Son] WHO/WHAT I AM.
I Am the Promise. Promised Land = Canaan
A land you're now an alien, will have everlasting possession.
(Cursed is canaan and a servant) = Africa.
Exiled from Canaan/Promised Land into Egypt.
Joseph sold into slavery, brothers had a famine.
*Did not obey The Father. Went into Egypt
Canaan = Birthright
Children of Jacob/Israel dwelt in Egypt 430 years.
Egypt = America (Children of Israel)
Israel = Northern Kingdom taken over by Arabs/Ottoman
Joseph ruled Egypt kids are half egyptian/Indian
Over-ruled Bondage. Ephraim + Manasseh / Israel

Moses → Deliverance/Exodus from Egypt.
Moses + Cushite/Ethiopian marriage (mixed blood)
Back to the Promised Land of Canaan. ←
Moses = Prince of Egypt / As a Prince thou hast power with God and man.
Gave up royal position to led God's people [Kemet]
Out of Egypt I called My son. Deliver from Pharaoh
Own nation and kingdom.
Come out with great possessions.

give thanks

# Caledonians
2/15/24

Malcolm III Canmore — Great Chief
House of Dunkeld
- David I, Prince of Cumbrians, King of Scotland.
- Matilda/Maud: married Henry I of England, Queen of England.
  Dunkeld + Normandy Alliance.

Malcolm III / x Suthen  x Duncan I
           mother    Father
                     (King + Priest.)
           ~~AAA~~ Crinan Thane x Bethoc

Birthright Claim

USA usurped birthright by claiming subjects.
"Stolen from Africa" / Egypt.

Subjects of the Ground — C'est Qui Ve Act 1666
"Not subject to any foreign power" — Title of Nobility
"African - American"
  (They told you the Truth.)
  ✝ Judah — Israel (Ephraim/Manasseh)
          ↓
       Half Egyptian

"Pledge of Allegiance" → Tribal Sovereignty.
foreign power ✶
Right of Expatriation — Renounce
                        Citizenship. ⟩ Status

Renew our Days of Old/Ancient 2/15/24
Savoyard–Waldesian Wars (aka Vaudas)
Piedmontese Easter – Waldesian refusal
to obey Edict of 01/25/1655.
April 24 1655 Piedmontese Easter
[Wanted to force Catholicism / Persecution]
"Glorious Return to Geneva"
Edict of Reintegration – allowing Waldensians
to live undisturbed in their old places of living.

<u>French Huguenot Exiled</u>
<u>Expelled from Duchy of Savoy – Piedmont</u>

Divine <u>Right</u> of Kings *
Declaration of Right (– United Kingdom) Jan, 29 1689
* All protestant have the right to bear Arms
<u>Petition of Right</u>
"Sit at my right hand until I make thine
enemies your footstool"
Claim of Right Act.
Royal Assent – Approval of <u>Act</u>
* Barred Papist "Catholic" Priest to The
Throne Act of Settlement / <u>Treaty of Union</u>
Declaration of Independence

<u>Wisdom</u>, is better than silver and
gold.

# Ranulp/Ranulf I De La Haye                              1/27/24

Seigneurs de La Haye / Seignour de Halnaker
Robert de La Haye is blood to/of Henry I King of England
- "Son of Ranulf the seneschal of Robert de Mortain"
- "Nephew of Eudo dapifer" [son of Thurstan Haldup] Richard Thurstan Haldup aka De La Haye
  King Henry II of England confirmed possessions of the abbey of Lessai
  and donations by "Turstini Haldup et Eudonis filii eius" / confirmed by
  Robert De Haia and Muriclis/Muriel (his wife), and Richard and
  Ralph his sons.

- Ranulp de La Haye took part in First Crusade and was killed.
      Says half-brother of William The Conqueror

Ranulf/Raoul I De La Haye
* Sir Robert De La Haye *
William I De Haya
Sir William II De Haya
David De La Haya
              Richard Thurstin Haldup
    Victory is in Truth.

William The Conqueror → Robert I of Normandy → Richard II → Richard I
Robert I The Magnificent Children:
(Brothers) / Odo, Bishop of Bayeux Earl of Kent → Herlun de Conteville
            Robert, Count of Mortain
By Herleva — William The Conqueror
(Sister)    Adeliza/Adelaide of Normandy
One account states father is Robert I and mother Herleva of Falaise.
- Adeliza, had daughter Judith of Lens who is the mother of Mawd/Matilda Countess of Huntingdon Queen of Scotland, wife of King David I of Scotland.
- Adeliza, had son Stephen, with Odo Count of Champagne, fought in Crusade with Robert Corthause Duke of Normandy. He conspired against William Rufus II to be placed on the throne.



4. Eleanor of Aquitaine and her husbands



Consanguinity of Capetian and Angevin lines)
Note: Coloured boxes indicate lines of descent from Robert of France and Constance of Arles

Family relationships

Eleanor's relatives

